AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Sean David Watson<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00392<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 4/22/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Sean David Watson _____ ,
who is accused of an offense or violation based on the following document filed with the court:

◻ Indictment     ◻ Superseding Indictment     ◻ Information     ◻ Superseding Information     ☒ Complaint
◻ Probation Violation Petition     ◻ Supervised Release Violation Petition     ◻ Violation Notice     ◻ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful
Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Zia M. Faruqui

Digitally signed by Zia M.
Faruqui
Date: 2021.04.23 10:44:49
-04'00'

Date:    04/23/2021          _____
                                           *Issuing officer's signature*

City and state:        Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
                                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  4/23/2021 , and the person was arrested on *(date)*  4/28/2021<br>at *(city and state)*  Alpine, TX .<br><br>Date:  4/29/2021          _____<br>                                           *Arresting officer's signature*<br><br>                                     Liam McGrail, Special Agent, FBI<br>                                           *Printed name and title* |